**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| DARNELL WESLEY MOON, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>FEDERAL BUREAU OF PRISONS, et al., )<br>)<br>Defendants. ) | 2:11-cv-178-JMS-WGH |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's renewed requests to proceed *in forma pauperis* [34 and 35] are **denied** as unnecessary because he was granted *in forma pauperis* status on July 25, 2011. Those requests [34 and 35] are also denied insofar as through them the plaintiff seeks reconsideration of the assessment of an initial partial filing fee. *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

2. The plaintiff's motion for status of case and copies of pleadings [36] is **granted**, consistent with the following:

   a. The clerk shall include a copy of the docket sheet with the plaintiff's copy of this Entry.

   b. The clerk shall include a copy of the amended complaint, including exhibits, with the plaintiff's copy of this Entry.

3. The plaintiff's motion to dismiss counts 4 and 5 [37] is **granted**, consistent with the following:

    a. Claims 4 and 5 of the amended complaint are dismissed.

    b. No partial final judgment shall issue at this time as to the claim(s) resolved in this Entry.

**IT IS SO ORDERED.**

Date: 11/28/2011

*Hon. Jane Magnus-Stinson, Judge*
*United States District Court*
*Southern District of Indiana*

Distribution:

Darnell Wesley Moon
34077-044
Terre Haute - USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**